Patrick D. Bonner Jr.
**MENZ BONNER KOMAR & KOENIGSBERG LLP**
One North Lexington Avenue, Suite 1550
White Plains, New York 10601
Tel.: (914) 949-0222/ Fax: (914) 997-4117
*Attorneys for Plaintiff Sentinel Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., | : |
| | : |
| Plaintiff, | : Civil Action No: 19-cv-20142 |
| | : |
| -against - | : **RULE 7.1 DISCLOSURES OF** |
| | : **PLAINTIFF SENTINEL INSURANCE** |
| CONRAD J. BENEDETTO, individually and doing | : **COMPANY, LTD.** |
| business as THE LAW OFFICES OF CONRAD J. | : |
| BENEDETTO, and JOHN GROFF, | : |
| | : |
| Defendants. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that Plaintiff Sentinel Insurance Company, Ltd., a Connecticut corporation, is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Dated: White Plains, New York
       November 13, 2019

                MENZ BONNER KOMAR & KOENIGSBERG LLP


                By:    */s/ Patrick D. Bonner*
                        Patrick D. Bonner Jr.
                        (pbonner@mbkklaw.com)

One North Lexington Avenue, Suite 1550
White Plains, New York 10601
Tel.: (914) 949-0222/ Fax: (914) 997-4117

*Attorneys for Plaintiff Sentinel Insurance Company, Ltd.*