[D.I. 7, Civil No. 19-20142]
[D.I. 8, Civil No. 20-483]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>  Defendants.<br>------------------------------<br>CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO and JOHN GROFF,<br><br>  Plaintiffs,<br><br>  v.<br><br>SENTINEL INSURANCE COMPANY, LTD., et al.,<br><br>  Defendants. | Civil No. 19-20142 (RMB/AMD)<br><br><br><br><br><br><br><br><br><br><br><br>Civil No. 20-483 (RMB/AMD) |

**<u>ORDER</u>**

This matter having come before the Court by way of Defendant Sentinel Insurance Company, LTD.'s oral application

[D.I. 7 in Civil No. 19-20142; D.I. 8 in Civil No. 20-483] on February 18, 2020 to consolidate the above civil actions; and the Court having conducted the initial scheduling conference, via telephone, in Civil No. 20-483 with all counsel as set forth on the record on February 18, 2020; and counsel for Plaintiffs in Civil No. 20-483 having no objection to the consolidation of the above-captioned matters for all purposes; and

IT APPEARING that the above-captioned matters involve common questions of law and fact, and that the matters in Civil No. 19-20142 and Civil No. 20-483 should be consolidated for disposition in one proceeding; and for good cause shown:

IT IS this 18th day of February 2020, hereby

**ORDERED** that Sentinel Insurance Company, Ltd.'s oral application [D.I. 7 in Civil No. 19-20142; D.I. 8 in Civil No. 20-483] to consolidate the above matters shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the matters filed under Civil No. 19-20142 and Civil No. 20-483 shall be, and are hereby, **CONSOLIDATED** for all purposes under Case No. 1:19-cv-20142 (RMB/AMD).

            s/ Ann Marie Donio
            ANN MARIE DONIO
            UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Renée Marie Bumb