UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: February 18, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                **DOCKET NO. 19cv20142 &**
**Sentinel Insurance Company, Ltd.**              **20cv483(RMB/AMD)**
v.
**Conrad Benedetto, et al**

&

**Conrad Benedetto, et al**
v.
**Sentinel Insurance Company, Ltd.**

**APPEARANCES:**
Patrick Bonner, Esq. for Sentinel Insurance Company
Anthony Scordo, Esq. for Conrad Benedetto, Law Offices of Conrad Benedetto, and Groff

**NATURE OF PROCEEDINGS:**    Initial Scheduling Conference

**DISPOSITION:**
Initial Scheduling Conference held via telephone on the record
Hearing on oral application of Sentinel Insurance Company to consolidate 19cv20142 and 20cv483 for all purposes
Ordered application granted
Order to be entered.

                                      *s/Susan Bush*
                                      **DEPUTY CLERK**

Time Commenced: 12:17 p.m. Time Adjourned: 12:33 p.m. Total time: 16 mins.