UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. JOHN DOES AND ABC ENTITITES, A-Z : : Plaintiffs : : vs. : : CONRAD J. BENEDETTO, THE LAW : OFFICES OF CONRAD J. BENEDETTO. : And JOHN GROFF : Defendants : : | CASE NO.: 1:19-cv-20142-RMB-AMD  NOTICE OF MOTION TO BE RELIEVED AS COUNSEL |

To:   **Via e-courts**
United State District Court for the District of New Jersey
United States District Court
District of New Jersey
Mitchell H. Cohen Building
4th & Cooper Streets
Camden, New Jersey 08101

**Via ecourts/regular and email: pbbonner@mbklawyers.com**
Patrick D. Bonner, Jr., Esquire
Melissa K. Driscoll, Esquire (email - mdriscoll@mbkklaw.com)
Menz, Bonner, Komar & Koeinigsberg, LLP
1 N Lexington Ave #1550
White Plains, New York 10601

**Via ecourts/regular and email: Conrad_Benedetto@comcast.net**
Conrad J. Benedetto, Esquire
1615 South Broad Street
Philadelphia, PA  19148

**PLEASE TAKE NOTICE** that on May 4, 2020, Joseph D. Lento, Esquire will apply to the United States District Court of New Jersey, located at the Mitchell H. Cohen Building, 4th & Cooper Streets, Camden, New Jersey 08101 for an Order permitting the withdrawal of Joseph D. Lento, Esquire, as counsel for Defendants, Conrad J. Benedetto, the Law Offices of Conrad J. Benedetto and John Groff.

**PLEASE TAKE FURTHER NOTICE** that Joseph D. Lento, Esquire, and shall rely upon the attached Certification of Counsel in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this Motion is opposed.

                                        **LENTO LAW GROUP, P.C.**

Dated: <u>April 8, 2020</u>

By: _____
      JOSEPH D. LENTO, ESQUIRE
      *Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. JOHN DOES AND ABC ENTITITES, A-Z : : Plaintiffs : : vs. : : CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO. And JOHN GROFF : : Defendants : : | CASE NO.: 1:19-cv-20142-RMB-AMD  ORDER |

**THIS MATTER** having been opened to the Court upon application of Joseph D. Lento, Esquire, attorney for defendants and for good cause shown:

**IT IS** ordered on this _____ day of _____, 2020, **ORDERED** that Lento Law Group, P.C., is permitted to Withdraw as Counsel for the Defendants effective the date of this Order;

**IT IS FURTHER ORDERED** that a copy of this Order is to be served on all parties within seven (7) days of the date of this Order.

_____
U.S.M.J.