UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD.<br>JOHN DOES AND ABC ENTITITES, A-Z<br><br>                      Plaintiffs<br><br>      vs.<br><br>CONRAD J. BENEDETTO, THE LAW<br>OFFICES OF CONRAD J. BENEDETTO.<br>And JOHN GROFF<br>                      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO.: 1:19-cv-20142-RMB-AMD<br>:<br>: CERTIFICATION OF SERVICE<br>:<br>:<br>: |

I, Terri Morphew, a paralegal at Lento Law Group P.C., hereby certifies that on this 8th day of April 2020, a true and correct copy of the within Motion to be Relieved as Counsel was served on all counsel of record and any unrepresented parties, as follows:

    **<u>Via ecourts and regular mail</u>**
    The Honorable Ann Marie Donio
    United States District Court for the District of New Jersey
    Mitchell H. Cohen Building
    4th & Cooper Streets
    Camden, New Jersey 08101

    **<u>Via ecourts/regular and email: pbbonner@mbklawyers.com</u>**
    Patrick D. Bonner, Jr., Esquire
    Melissa K. Driscoll, Esquire (email - **mdriscoll@mbkklaw.com**)
    Menz, Bonner, Komar & Koeinigsberg, LLP
    1 N Lexington Ave #1550
    White Plains, New York 10601

    **<u>Via ecourts/regular and email: Conrad_Benedetto@comcast.net</u>**
    Conrad J. Benedetto, Esquire
    1615 South Broad Street
    Philadelphia, PA  19148

Pursuant to *R*. 1:4-4(b), I certify that the foregoing statements made by me are true to the best of my personal knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                          **LENTO LAW GROUP, P.C.**

BY: _____
      TERRI MORPHEW, Paralegal
      to Joseph D. Lento, Esquire