# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. | : |
| JOHN DOES AND ABC ENTITITES, A-Z | : |
| | : |
| Plaintiffs | : |
| | : |
| vs. | : |
| | :   CASE NO.:  1:19-cv-20142-RMB-AMD |
| CONRAD J. BENEDETTO, THE LAW | : |
| OFFICES OF CONRAD J. BENEDETTO. | :   CERTIFICATION OF COUNSEL |
| And JOHN GROFF | : |
| Defendants | : |
| | : |

I, Joseph D. Lento, Esquire, of full age, do hereby certify as follows:

1.      I am an attorney at law in the State of New Jersey, and I have been personally entrusted with this matter on behalf of Defendants as counsel for the Defendants.

2.      Joseph D. Lento, Esquire, undertook the representation of Defendants and make this Certification in support of counsel's Motion to be Relieved as Counsel.

3.      I undertook this representation and now a conflict has arisen between my office and Mr. Benedetto.

4.      There has been a breakdown in communication and cooperation on behalf of Mr. Benedetto's office making it impossible for me or my firm to continue its representation of the Defendants at this time.

5.      Unfortunately, due to this lack of cooperation from Conrad J. Benedetto, I am not able to properly proceed and defend this matter.

6.      Mr. Benedetto's office has and is in possession of the file in connection to this matter.

7.      Based upon the above, I petition this Honorable Court for permission to terminate my representation of the Defendants in this matter and to withdraw from the captioned matter.

8.      I certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LENTO LAW GROUP, P.C.**

Dated: <u>April 8, 2020</u>

By:_____

JOSEPH D. LENTO, ESQUIRE
*Attorney for Defendants*