```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. <br> ------------------------------ <br> CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Plaintiffs, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., et al., <br><br> Defendants. | Civil No. 19-20142 (RMB/AMD) |

**SCHEDULING ORDER**

This Scheduling Order sets forth the following directives; and good cause appearing for the entry of the within Order:

IT IS on this **13th** day of **April 2020**, hereby **ORDERED**:

1. The Court will conduct a hearing on the pending motion to withdraw [D.I. 11] on **May 4, 2020 at 12:00 Noon** via telephone. The parties are instructed to use the Court Conference Line.

Participants shall dial 1-888-684-8852, Access Code 2828702#, Security Code 654321#.

Counsel for Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto, and John Groff (hereinafter, "Movants") shall advise Movants of the date and time of the hearing by mailing a copy of this Order by first class mail and certified mail, and shall file proof of service on the docket.

Counsel for all parties and Movants shall appear telephonically at the hearing.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** FED. R. CIV. P. **16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb