Patrick D. Bonner Jr.
MENZ BONNER KOMAR & KOENIGSBERG LLP
One North Lexington Avenue, Suite 1550
White Plains, New York 10601
Email:  pbonner@mbkklaw.com
Tel.:  (914) 949-0222
Fax:  (914) 997-4117
*Attorneys for Plaintiff Sentinel Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> -vs- <br><br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. | Civil Action No. 19-cv-20142-RMB-AMD <br><br> Motion Return Date: May 4, 2020 <br><br> [Document Electronically Filed] <br><br> **CERTIFICATION OF PATRICK D. BONNER JR. IN SUPPORT OF SENTINEL INSURANCE COMPANY'S OPPOSITION TO MOTION TO BE <u>RELIEVED AS COUNSEL</u>** |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Plaintiffs, <br><br> -vs- <br><br> SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z, <br><br> Defendants. | |

PATRICK D. BONNER JR., pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner at the firm of Menz Bonner Komar & Koenigsberg LLP, counsel for Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel").  I am member in good

standing of this Court. I am familiar with the facts of this case.

2. I make this Certification in opposition to the motion of Joseph D. Lento, Esq. to be relieved as counsel for defendants Conrad J. Benedetto ("Benedetto"), The Law Offices of Conrad J. Benedetto ("Benedetto Firm"), and John Groff ("Groff") (collectively, "Defendants").

3. Attached hereto are true and correct copies of the following documents:

Exhibit A: Sentinel's Complaint, dated November 13, 2019;

Exhibit B: Waivers of the Service of Summons for Benedetto, the Benedetto Firm and Groff, dated January 20, 2020;

Exhibit C: Defendants' Complaint for Declaratory Relief filed in the Superior Court of the State of New Jersey, Law Division, Burlington County, BUR-L-2611-19, dated December 12, 2019;

Exhibit D: Sentinel's Answer and Sperate Defenses, dated January 22, 2020;

Exhibit E: Joint Discovery Plan;

Exhibit F: Order consolidating Civil No. 19-20142 and Civil No. 20-483 for all purposes under Case No. 1:19-cv-20142 (RMB/AMD), dated February 18, 2020; and

Exhibit G: Scheduling Order, dated February 18, 2020.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2020.

                                  */s/ Patrick D. Bonner*
                                  Patrick D. Bonner, Jr.