# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. <br> ------------------------------ <br> CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO and JOHN GROFF, <br><br> Plaintiffs, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., et al., <br><br> Defendants. | Civil No. 19-20142 (RMB/AMD) |

**<u>SCHEDULING ORDER</u>**

This Scheduling Order confirms the directives given to counsel at the scheduling conference, via telephone, pursuant to Rule 16, Federal Rules of Civil Procedure on February 18, 2020; and the Court noting the following appearances: Anthony Scordo, Esquire, appearing on behalf of Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto, and John Groff; and Patrick D. Bonner, Jr., Esquire, appearing on behalf of Sentinel Insurance Company, Ltd.; and good cause appearing for the entry of the within Order:

IT IS on this **18th** day of **February 2020**, hereby **ORDERED**:

1. By consent, no discovery shall be conducted prior to the filing of dispositive motions.

2. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **April 30, 2020**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb

2