UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD.,<br><br>    Plaintiff,<br><br>-vs-<br><br>CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>    Defendants.<br>_____<br><br>CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>    Plaintiffs,<br><br>-vs-<br><br>SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z,<br><br>    Defendants. | Civil Action No. 19-cv-20142-RMB-AMD<br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF JOSEPH D. LENTO, ESQUIRE** |

I, Joseph D. Lento, Esquire, of full age, do hereby certify as follows:

1.  I am an attorney at law in the State of New Jersey, and I have been personally entrusted with this matter on behalf of the Defendants as counsel for the Defendants.

2.  I make this Certification in support of the Motion to be Relieved as Counsel, filed on April 8, 2020, as well as the Reply

Brief to Sentinel Insurance Company's Brief in Opposition To Motion to be Relieved as Counsel, filed concurrently with this Certification.

3. On January 13, 2020, the firm named Optimum Law Group, P.C. was renamed Lento Law Group, P.C., in order to comply with New Jersey regulations concerning the names of law firms. They are the same law firm.

4. The breakdown in communication and cooperation on behalf of Mr. Benedetto's office making it impossible for me or my firm to continue its representation of the Defendants at this time, referenced in my previous Certification of April 8, 2020, refers to the fact that I have not been given access to certain documents and information that would be necessary in order to properly draft the Answer in this case, which is currently due on May 14, 2020.

5. Regardless of what is or is not stated in the Motion to be Relieved as Counsel, filed on April 8, 2020, by myself, the Defendant, John Groff, was personally handed a copy of that Motion on April 8, 2020, and it was a simple scrivener's error that caused him to not be mentioned in the Certification of Service.

6. I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      Respectfully submitted,

                                      *Joseph D. Lento*

Dated: May 3, 2020

                                      JOSEPH D. LENTO, ESQUIRE
                                      Attorney for Defendant