UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> -vs- <br><br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. | Civil Action No. 19-cv-20142-RMB-AMD |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Plaintiffs, <br><br> -vs- <br><br> SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z, <br><br> Defendants. | **CERTIFICATION OF JOHN GROFF** |

I, John Groff, of full age, do hereby certify as follows:

1. I am a Defendant in the above-captioned case.

2. My defense is at least partially dependent upon information held by Conrad Benedetto, and to which I do not have access.

3. Regardless of what is or is not stated in the Motion to be Relieved as Counsel, filed on April 8, 2020, by Joseph D. Lento,

Esquire and Lento Law Group, P.C., I was personally given a copy of that Motion on April 8, 2020.

    4.   I am fully aware of the arguments and facts as presented by Joseph D. Lento and Lento Law Group, P.C. in that Motion.

    5.   I am in agreement with the fact that Joseph D. Lento, Esquire and Lento Law Group, P.C. are unable to represent me in this matter due to Defendant Conrad Benedetto's lack of communication with Joseph D. Lento, Esquire and Lento Law Group, P.C.

    6.   I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   <u>May 2, 2020</u>                                _____
                                                              John Groff