UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD.,<br><br>    Plaintiff,<br><br>-vs-<br><br>CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>    Defendants.<br>_____<br><br>CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>    Plaintiffs,<br><br>-vs-<br><br>SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z,<br><br>    Defendants. | Civil Action No. 19-cv-20142-RMB-AMD<br><br><br><br><br><br><br>**CERTIFICATION OF SERVICE** |

I, Joseph D. Lento, Esquire, of full age, do hereby certify that on this 3rd day of May, 2020, a true and correct copy of the within Reply Brief to Sentinel Insurance Company's Brief in Opposition to Motion to be Relieved as Counsel was served on all counsel of record and any unrepresented parties, as follows:

> **Via ecourts and regular mail**
> The Honorable Ann Marie Donio
> United States District Court for the District of New Jersey
> Mitchell H. Cohen Building

4th & Cooper Streets
Camden, New Jersey 08101

**Via ecourts/regular and email:** pbbonner@mbklawyers.com
Patrick D. Bonner, Jr., Esquire
Melissa K. Driscoll, Esquire (email - mdriscoll@mbkklaw.com)
Menz, Bonner, Komar & Koeinigsberg, LLP
1 N Lexington Ave #1550
White Plains, New York 10601

**Via ecourts/regular and email:** Conrad_Benedetto@comcast.net
Conrad J. Benedetto, Esquire
1615 South Broad Street
Philadelphia, PA 19148

**Via ecourts/regular and email:** Conrad_Benedetto@comcast.net
The Law Offices of Conrad J. Benedetto
1615 South Broad Street
Philadelphia, PA 19148

**Via regular and email:** torgro99@gmail.com
John Groff
1721 49th Street
Pennsauken, NJ 08110

Pursuant to R. 1:4-4(b), I certify that the foregoing statements made by me are true to the best of my personal knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

*Joseph D. Lento*

Dated:   May 3, 2020

JOSEPH D. LENTO, ESQUIRE
Attorney for Defendant