UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: May 4, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                              DOCKET NO. 19-20142(RMB/AMD)
**Sentinel Insurance Company, Ltd.**
  v.
**Conrad Benedetto, et al**

**APPEARANCES:**
Patrick Bonner, Esq. for plaintiff
Anthony Scordo, Esq. for defendants

**NATURE OF PROCEEDINGS:**    Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order rescheduling hearing on defendant's Motion to Withdraw as Counsel [11] to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 12:03 pm Time Adjourned: 12:20 pm Total time: 17 mins.