

**Lento Law Group, P.C.**
3000 Atrium Way-Suite # 200
Mount Laurel, NJ 08043
(856) 652-2000 (T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member of the NJ and PA Bars.
jdlento@lentolawgroup.com

**By ECF:**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Michell Cohen Building & Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: **Sentinel Insurance Company, Ltd. v. Benedetto, et al.**
Civil Action No. 1:19-cv-20142-RMB-AMD

Dear Judge Donio:

Our office represents the Defendants, Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto, and John Groff (hereinafter collectively, the "Defendants") in the above-referenced action. On May 4, 2020, this Court held a hearing on the undersigned's Motion to Withdraw. On that day, the following Text Order was entered by this Court:

> TEXT ORDER: Pursuant to the U.S. District Court for the District of New Jersey Standing Order 2020-04 dated March 24, 2020, all filing and discovery deadlines in civil matters that currently fall between March 25, 2020 and April 30, 2020 are extended by forty-five days unless the presiding judge in an individual case directs otherwise after the date of the Standing Order. Consequently, Plaintiff's request for an extension of time to file a dispositive motion [D.I. 12] shall be, and is hereby, GRANTED and the new deadline is 6/12/2020. SO ORDERED by Magistrate Judge Ann Marie Donio on 5/4/2020. (slc) (Entered: 05/04/2020)

Currently, as stated in our Reply Brief filed on May 3, 2020, the undersigned was under the impression that our Answer is due on May 14, 2020, the day before the new hearing date for the Motion to Withdraw (May 15, 2020). As a result, and given the Text Order above, the undersigned is requesting a clarification as to whether the 45-day extension applies to that May 14, 2020 deadline for the Answer.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Joseph D. Lento*

_____
JOSEPH D. LENTO, ESQUIRE
Attorney for Defendant