UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                        Proceeding Date: May 15, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                    DOCKET NO. 19-20142(RMB/AMD)
**Sentinel Insurance Company, Ltd.**
   v.
**Conrad Benedetto, et al**

**APPEARANCES:**
Patrick Bonner, Esq. for plaintiff
Joseph Lento, Esq. for defendants

**NATURE OF PROCEEDINGS:**    Motion Hearing

**DISPOSITION:**
Motion Hearing continued held via telephone on the record
Hearing on defendant's Motion to Withdraw as Counsel [11]
Ordered motion dismissed without prejudice in part and granted in part
Oral Opinion read into the record
Order to be entered.

                                        *s/Susan Bush*
                                        **DEPUTY CLERK**

Time Commenced: 12:02 pm  Time Adjourned: 12:29 pm  Total time: 27 mins.