[D.I. 11]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. <br> ------------------------------ <br> CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Plaintiffs, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., et al., <br><br> Defendants. | Civil No. 19-20142 (RMB/AMD) |

**<u>ORDER</u>**

This matter comes before the Court by way of motion filed by Joseph D. Lento, Esquire, counsel for Defendants Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto, and John Groff (hereinafter, "Defense Counsel") seeking to withdraw as counsel. (*See* First Mot. to Withdraw [D.I. 11], Apr. 8, 2020.) The Court

conducted a hearing on May 15, 2020 with all counsel and Defendants Conrad J. Benedetto (hereinafter, "Benedetto") and John Groff (hereinafter, "Groff") as noted on the record. For the reasons set forth on the record and for good cause shown:

IT IS on this **18th** day of **May 2020**,

**ORDERED** that Defense Counsel's motion to withdraw as counsel [D.I. 11] for Defendants Benedetto and The Law Offices of Conrad J. Benedetto shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Defense Counsel's motion to withdraw as counsel [D.I. 11] for Defendant Groff shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Defendant Groff shall file an answer or otherwise reply to Plaintiff's complaint by no later than **June 5, 2020**; and it is further

**ORDERED** that Defendant Benedetto shall have counsel enter an appearance on behalf of himself and The Law Offices of Conrad J. Benedetto by no later than **June 15, 2020**. In the event that Defendant Benedetto is unable to obtain counsel, Defendant Benedetto shall file an appearance *pro se* on behalf of himself and The Law Offices of Conrad J. Benedetto by no later than **June 15, 2020**; and it is further

**ORDERED** that Defendants Benedetto and The Law Offices of Conrad J. Benedetto shall file an answer or otherwise reply to

Plaintiff's complaint by no later than **June 22, 2020**; and it is further

**ORDERED** that all dispositive motions shall be filed by no later than **August 14, 2020**, as set forth on the record; and it is further

**ORDERED** that Defense Counsel shall file proof of service of this Order, as set forth on the record.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb