IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., | : |
|         **Plaintiff,** | : |
|     v. | : |
| CONRAD J. BENEDETTO, (RMB/AMD) individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, | :    Civil No. 1:19-cv-20142 |
|         **Defendants.** | : |
| | |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, | : |
|         **Plaintiffs,** | : |
|     v. | : |
| SENTINEL INSURANCE COMPANY, LTD., et al., | : |
|         **Defendants.** | : |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance Pro Se and as counsel on behalf myself and the Law Offices of Conrad J. Benedetto in all capacities in the above consolidated matters.

        **THE LAW OFFICES OF CONRAD J. BENEDETTO**

        BY:    */s/ Conrad J. Benedetto*      .
                Conrad J. Benedetto, Esquire
                1615 South Broad Street
                Philadelphia, PA  19240
                Phone No.: 215-389-1900
                Conrad_benedetto@comcast.net
                Pro Se and attorney for the
                Law Offices of Conrad J. Benedetto

Date:  June 2, 2020