| | | |
|---|---|---|
| **CONRAD J. BENEDETTO** *** | # Benedetto<br>LEGAL ASSOCIATES | **CHERRY HILL OFFICE:** |
| _____ | | 112 HADDONTOWNE COURT |
| **ALYSSA K. POOLE**\*** | | SUITE 203 |
| **KRISTOFFER R. BUDHRAM**\*^ | | CHERRY HILL, NJ 08034 |
| | | |
| +   MANAGING ATTORNEY | | |
| \*   MEMBER OF PA BAR | | |
| \*** MEMBER OF NJ & PA BAR | | |
| \*^  MEMBER OF PA & FL BAR | | |

**1615 South Broad Street**
**Philadelphia. PA 19148**
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

**WWW.BENEDETTOLEGALASSOCIATES.COM**

June 8, 2020

The Honorable Renee Marie Bumb
Clarkson S.Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      **RE:**    **AMD SENTINEL INSURANCE COMPANY, LTD. v. BENEDETTO, et al.**
                **New Jersey Docket No.: 1:19-cv-20142**

Dear Judge Bumb:

      Please be advised that I am in receipt of your communication with regard to the procedural defect of the filing of the Motion to Dismiss or Brillhart Abstention in the above captioned matter.

      In response thereto, I wanted to advise Your Honor that I was not the attorney who filed the Motion, nor was it filed on my behalf or that of the Law Offices of Conrad J. Benedetto. Rather, the Motion was filed on behalf of Defendant, John Groff, by his attorney, Joseph Lento, Esquire.

      Although I will refrain from commenting on the merits of said Motion, or lack thereof, I did want you to know that I am fully aware of the procedural steps necessary prior to the filing of such a motion.

      Thank you for your attention to this matter.

                                Respectfully Yours,

                                *s/Conrad J. Benedetto*
                              Conrad J. Benedetto, Esquire

Cc: All parties via e-courts