**LAW OFFICES OF CONRAD J. BENEDETTO**
By: Conrad J. Benedetto, Esquire
Attorney Identification: 013921981
1615 South Broad Street
Philadelphia, PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910
Email: conrad_benedetto@comcast.net
Pro Se and Attorney for The Law offices of Conrad J. Benedetto

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. : | UNITED STATES DISTRICT COURT |
| : | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff : | |
| v. : | |
| : | Civil No. 19-20142 (RMB/AMD |
| CONRAD J. BENEDETTO, individually and doing : | |
| business as THE LAW OFFICES OF CONRAD J. : | |
| BENEDETTO, and JOHN GROFF : | |
| Defendants : | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 23, 2020 I forwarded a copy of the Answer to Plaintiff's Complaint by First Class and Certified Mail: RRR, to the following:

John Groff
1721 49th Street
Pennsauken, NJ 08110

-and-

Patrick D. Bonner, JR.
Menz Bonner Komar & Koenigsberg LLP
125 Half Mile Road Suite 200
Redbank, NJ 07701

I, certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any of the foregoing statements made by me are willfully false, I am subject to punishment under the N.J. Statutes § 2C:28-3, relating to unsworn falsification to authorities.

LAW OFFICES OF CONRAD J. BENEDETTO

BY: *ss//CONRAD J. BENEDETTO*
CONRAD J. BENEDETTO, ESQUIRE

Dated: June 23, 2020