UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                              **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                          July 8, 2020

**COURT REPORTER: TED FORMAROLI**

**Docket #** 19-cv-20142 (RMB/AMD)

**TITLE OF CASE:**

SENTINEL VS. BENEDETTO, ET AL.,

**APPEARANCES:**

Patrick D. Bonner, Jr., Esquire for plaintiffs
Conrad J. Benedetto, Esquire and Michelle Fioravanti, Esquire for defendants
Joseph D. Lento, Esquire for defendant John Groff

**NATURE OF PROCEEDINGS: PRE-MOTION CONFERENCE**

Pre-Motion Conference held via video.

Time commenced: 10:00 a.m.                     Time Adjourned: 10:35 a.m.

                                                                    Total 35 Minutes

                                                                    s/ *Arthur Roney*
                                                                    DEPUTY CLERK