IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br>   v. <br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Defendants. | Civil No. 19-20142 (RMB/AMD) |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Plaintiffs, <br>   v. <br> SENTINEL INSURANCE COMPANY, LTD., et al., <br>     Defendants. | |

## MOTION FOR PARTIAL JUDGMENT OF
## CONRAD J. BENEDETTO AND THE LAW OFFICES OF CONRAD J. BENEDETTO

And now, come Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto moving this Honorable Court for an Order granting Summary Judgment on the coverage issue that is presented in both Sentinel's Complaint and the Complaint filed by Conrad J. Benedetto, The Law Offices Of Conrad J. Benedetto and John Groff, which were consolidated under the caption set forth above. Said Motion should be granted for the reasons set forth in the attached Memorandum of Law.

Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto incorporate by reference the averments of fact in the attached Statement of Undisputed Facts.

**Respectfully submitted,**

**THE LAW OFFICES OF CONRAD J. BENEDETTO**

BY: *S/ Conrad J. Benedetto*
Conrad J. Benedetto, Esquire
1615 South Broad Street
Philadelphia, PA 19240
Telephone number: 215-389-1900
Email: conrad_benedetto@comcast.net
Pro Se and attorney for the
Law Offices of Conrad J. Benedetto

Date: July 29, 2020