IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br> v. <br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Defendants. | Civil No. 19-20142 (RMB/AMD) |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Plaintiffs, <br> v. <br> SENTINEL INSURANCE COMPANY, LTD., et al., <br>     Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Partial Summary Judgment filed by Conrad J. Benedetto and The Law Offices of Conrad J. Benedetto, and any responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

It is hereby **DECLARED** that Sentinel Insurance Company is obligated to provide Conrad J. Benedetto and The Law Offices of Conrad J. Benedetto a defense in the actions pending in the New Jersey Superior Court in the cases styled as <u>Nunez v. Benedetto</u>, CAM-L-003997-18 and <u>Nava v. Benedetto</u>, CAM-L-004588-18.

It is further **ORDERED** and **DECREED** that Sentinel Insurance Company shall assign an attorney to represent Conrad J. Benedetto and The Law Offices of Conrad J. Benedetto in the above referenced cases forthwith.

It is further **ORDERED** and **DECREED** Sentinel Insurance Company's Complaint is dismissed with Prejudice.

BY THE COURT

_____

J.