UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

SENTINEL INSURANCE COMPANY, LTD.,

   Plaintiff,

     -vs-

CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,

   Defendants.

CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,

   Plaintiffs,

     -vs-

SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z,

   Defendants.

Civil Action No. 19-cv-20142-RMB-AMD

**ORDER FOR SUMMARY JUDGMENT**

    This matter having been raised by Sentinel Insurance Company, Ltd. ("Sentinel") and the Court having considered the submissions and argument of the parties,

    It is on this _____ day of _____, 2020:

    ORDERED that Sentinel's motion for summary judgment is hereby granted and that all claims asserted against Sentinel in this action are dismissed with prejudice; and

    IT IS FURTHER ORDERED, AJUDGED AND DECLARED that Sentinel is not obligated to defend or indemnify Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto,

and John Groff in connection with two lawsuits captioned *Brian Nunez v. The Law Offices of Conrad J. Benedetto, et al.,* Case No. CAM-L-003997-18 (N.J. Super. Ct., Camden Co.), and *Javier Nava v. The Law Offices of Conrad J. Benedetto, et al.,* Case No. CAM-L-004588-18 (N.J. Super. Ct., Camden Co.).

                                                                  _____
                                                                  HONORABLE RENÉE MARIE BUMB

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed