IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br> v. <br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Defendants. | Civil No. 19-20142 (RMB/AMD) |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Plaintiffs, <br> v. <br> SENTINEL INSURANCE COMPANY, LTD., et al., <br>     Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Sentinel's Motion for Summary Judgment and the Response filed by Conrad J. Benedetto and The Law Offices of Conrad J. Benedetto, and any responses thereto, it is hereby Ordered and Decreed that Sentinel's Motion for Summary Judgement is DENIED.

BY THE COURT

_____ J.

pof