IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br> Plaintiff, <br> v. <br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br> Defendants. | : <br> : <br> : <br> : <br> : Civil No. 19-20142 (RMB/AMD) <br> : <br> : <br> : <br> : <br> : |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br> Plaintiffs, <br> v. <br> SENTINEL INSURANCE COMPANY, LTD., et al., | : <br> : <br> : <br> : <br> : <br> : <br> : |

ORDER

AND NOW, to wit, this          day of                    , 2020, upon consideration of Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto's Motion for Leave to File a Reply to Sentinel Insurance Company's Response to Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto's Motion for Partial Summary Judgment and Sentinel Insurance Company's Response thereto, if any, it is hereby **ORDERED** and **DECREED** that Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto's Motion is **GRANTED**. Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto have leave to file a Reply to Sentinel Insurance Company's Response Motion is to the Motion for Partial Summary Judgment filed by to Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto within seven (7) days of the date of this ORDER.

By the Court:

_____

J