**[Docket Nos. 37, 38, and 42]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br><br> Defendants. | Civil No. 19-20142(RMB/AMD) <br><br> **ORDER** |

This matter came before the Court upon Defendants' Motion for Partial Summary Judgment [Docket No. 37], Plaintiff's Motion for Summary Judgment [Docket No. 38], and Defendants' Motion for Leave to File an Additional Brief. For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this 22nd day of March 2021, hereby **ORDERED** that:

(1) Defendants' Motion for Summary Judgment is **DENIED**;

(2) Plaintiff's Motion for Summary Judgment is **GRANTED**; and

(3) Defendants' Motion for Leave is **DENIED AS MOOT**.

                                               s/ Renée Marie Bumb
                                              RENÉE MARIE BUMB
                                              UNITED STATES DISTRICT JUDGE