# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE, SUITE 1550

TEL: (914) 949-0222   WHITE PLAINS, NEW YORK 10601   FAX: (914) 997-4117
www.mbkklaw.com

May 14, 2021

**BY ECF**

Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

        Re:    Sentinel Insurance Company, Ltd. v. Benedetto, et al.
                 Civil Action No. 1:19-cv-20142-RMB-AMD

Dear Judge Donio:

      Our office represents plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") in the above-referenced action. We write in response to Your Honor's Text Order of May 3, 2021 requesting a status report. All counsel were notified of this submission and the undersigned did not receive any objection.

      The status of this case is that it has been fully and finally resolved, and Sentinel respectfully requests that the docket should be updated to reflect that the case is closed. On March 22, 2021, the Honorable Renée Marie Bumb entered an Order denying Defendants' motion for summary judgment, granting Sentinel's motion for summary judgment and denying as moot Defendants' motion for leave to file an additional brief. Sentinel's motion for summary judgment sought an Order granting summary judgment in favor of Sentinel, declaring that Sentinel has no duty to defend or indemnify Defendants Conrad J. Benedetto, The Law Offices of Conrad J. Benedetto, and John Groff in connection with two underlying employment-related discrimination lawsuits filed in the Superior Court of the State of New Jersey, and granting summary judgment dismissing the Complaint of Defendants against Sentinel in the consolidated action with prejudice. *See* ECF Doc. No. 38.

      Thus, following the Court's March 22, 2021 Order, all issues have been resolved and this case is concluded.

MENZ BONNER KOMAR & KOENIGSBERG LLP

Hon. Ann Marie Donio, U.S.M.J.
May 14, 2021
Page 2 of 2

      Thank you for Your Honor's attention to this matter.

      Respectfully submitted,

      */s/ Patrick D. Bonner, Jr.*

      Patrick D. Bonner, Jr.

cc:    Honorable Renée Marie Bumb, U.S.D.J. (By ECF)
       All Counsel (By ECF)