# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE, SUITE 1550
TEL: (914) 949-0222   WHITE PLAINS, NEW YORK 10601   FAX: (914) 997-4117
www.mbkklaw.com

May 26, 2021

**BY ECF**

| | |
|---|---|
| Hon. Renée Marie Bumb, U.S.D.J. | Hon. Ann Marie Donio, U.S.M.J. |
| United States District Court for the | United States District Court for the |
| District of New Jersey | District of New Jersey |
| Mitchell H. Cohen Building and U.S. Courthouse | Mitchell H. Cohen Building and U.S. Courthouse |
| 4th and Cooper Streets | 4th & Cooper Streets |
| Camden, NJ 08101 | Camden, New Jersey 08101 |

      Re:    <u>Sentinel Insurance Company, Ltd. v. Benedetto, et al.</u>
             Civil Action No. 1:19-cv-20142-RMB-AMD

Dear Judge Bumb and Magistrate Judge Donio:

      Our office represents plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") in the above-referenced action. We write in response to Judge Bumb's Order of May 19, 2021 60-Day Order Administratively Terminating Case that states that the case was settled.

      Please note that this case was not settled – Judge Bumb disposed of the case in its entirety by way of summary judgment on March 22, 2021. The March 22 Order granted Sentinel's motion for summary judgment, denied Defendants' motion for summary judgment, and denied as moot Defendants' motion for leave to file an additional brief. *See* ECF Doc. No. 44.

      Accordingly, following the Court's March 22, 2021 Order, all issues have been resolved and this case is concluded. Sentinel respectfully requests that the Court rescind its 60-Day Order and update the docket to reflect that the case is closed.

      We apologize for any confusion in our prior correspondence.

      Thank you for Your Honor's attention to this matter.

                                          Respectfully submitted,

                                          */s/ Patrick D. Bonner, Jr.*

                                          Patrick D. Bonner, Jr.

cc:    All Counsel (By ECF)