IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., <br>     Plaintiff, <br> v. <br> CONRAD J. BENEDETTO, individually and doing business as THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Defendants. | Civil No. 1:19-cv--20142 (RMB/AMD) |
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF, <br>     Plaintiffs, <br> v. <br> SENTINEL INSURANCE COMPANY, LTD., et al., <br>     Defendants. | |

## ORDER

AND NOW, to wit, this _____ day of 2022, upon consideration of the Motion by Conrad J. Benedetto and the Law Offices of Conrad J. Benedetto to reverse the District Court Order, dated March 22, 2021, pursuant to Fed.R.C.P. 60(b)(2), and Defendant's Response thereto, if any, it is hereby ORDERED and DECREED that said Motion is GRANTED. The ORDER granting Summary Judgment in favor of Sentinel Insurance Company is hereby SET ASIDE and Plaintiffs' Complaint is REINSTATED.

BY THE. COURT:

_____
U.S.D.J.